IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:17-CR-70-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FRANZ DIDYER RAMOS-FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on the renewed motion (D.E. 54) by defendant to seal the proposed sealed motion at D.E. 36. The proposed sealed motion has been under provisional seal pending further action by the court. For the same reasons stated in the court's 14 September 2017 order (D.E. 53) and for good cause shown based on the facts and reasons stated in the supporting memorandum (D.E. 45), the motion to seal is GRANTED, and the Clerk is DIRECTED to seal the proposed sealed motion at D.E. 36 until further order of the court.

SO ORDERED, this 10th day of October 2017.

James E. Gates
United States Magistrate Judge