**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Cr. No.: 7:17-00070 (JCD)

v.

FRANZ DIDYER RAMOS-FERNANDEZ
Defendant.

**ORDER**

**THIS MATTER** having come before the court upon a post conviction motion for release of the Presentence Investigation Report to defense counsel , filed by Linda George, attorney for defendant; and for good cause shown,

It is, on this 30 day of September, 2026,

**ORDERED** that the Presentence Investigation Report pertaining to defendant Franz Didyer Ramos-Fernandez shall be disclosed to counsel Linda George on an expedited basis; and it is further;

**ORDERED** that a copy of the within Order be served on all parties within __ days hereof.

J. Dever
**JAMES C. DEVER III**
**United States District Court Judge**